FRANCES CROWTHER, complainant-appellee,

*v.*

NICHOLAS MICUCCI, defendant-appellant.

[Argued October term, 1937. Decided January 26th, 1938.]

*Messrs. Pesin & Pesin (Mr. Meyer Pesin),* for the defendant-appellant.

*Mr. William George* and *Mr. Leo Blumberg,* for the complainant-appellee.

PER CURIAM.

The proofs, carefully examined, abundantly support the findings of the learned vice-chancellor from whose decree the present appeal is taken, and we agree with his finding on the rule of law as to the burden of proof.

The decree will be affirmed, with costs.

*For affirmance*—THE CHIEF-JUSTICE, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 12.

*For reversal*—None.